# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10783

_____

In re: MULTIMEDIA HOLDINGS CORPORATION,
d.b.a. WTLV/WJXX First Coast News and
CA Florida Holdings, LLC, d.b.a. The
Florida Times-Union,

                                                                                         Petitioner.

_____

On Petition for Writ of Mandamus to the
United States District Court for the
Middle District of Florida
D.C. Docket No. 3:22-cr-00023-BJD-MCR

_____

Before LUCK and BRASHER, Circuit Judges.

BY THE COURT:

Before this Court is a petition for a writ of mandamus filed by Petitioners First Coast News and the Florida Times-Union and Graham Media Group, Florida, Inc. d/b/a WJXT-TV, CW17, and News4Jax.com. Petitioners request that this Court issue a writ of mandamus instructing the district court: (1) to not close future trial proceedings or related hearings on the basis that *Garrity* statements will be presented; and (2) to provide them with an opporutnity to be heard prior to the closing of any trial proceedings.

A writ of mandamus is "a drastic and extraordinary remedy reserved for really extraordinary causes amounting to a judicial usurpation of power or a clear abuse of discretion." *In re Wellcare Health Plans, Inc.*, 754 F.3d 1234, 1238 (11th Cir. 2014) (quotation marks omitted). A petitioner is entitled to the writ only if: (1) he has "no other adequate means to attain the relief he desires"; (2) he has a "clear and indisputable . . . right to issuance of the writ"; and (3) the issuing court determines, in the exercise of its discretion, that the writ is appropriate under the circumstances. *Rohe v. Wells Fargo Bank, N.A.*, 988 F.3d 1256, 1265 (11th Cir. 2021). The petitioner has the burden of showing that the petitioner has no other avenue of relief and that the right to relief is clear and indisputable. *Mallard v. United States District Court*, 490 U.S. 296, 309 (1989).

Petitioners have not met that burden here. The denial of a motion of the press to intervene to gain access to sealed records or

proceedings is an appealable order. *See United States v. Ellis*, 90 F.3d 447, 449 (11th Cir. 1996); *McCarthy v. Barnett Bank of Polk Cty.*, 876 F.2d. 89, 90 (11th Cir. 1989); *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 354 (11th Cir. 1987); *Newman v. Graddick*, 696 F.2d 796, 799 800 (11th Cir. 1983). Petitioners did not pursue an appeal in 2023 when they were first denied leave to intervene in the underlying case, and Petitioners First Coast News and the Florida Times-Union have not sought to appeal from the denial of their March 2024 motion to intervene.

Accoringly, their petition for a writ of mandamus is DENIED.